No. 770. DELGADO *v.* CAMACHO.—Appeal from the District Court of Humacao. Motion to dismiss the appeal. Decided

October 24, 1911. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure, as amended by the Act of March 9, 1911, and rule 40 of the Supreme Court. *Mr. Juan B. Huyke* for petitioner. *Messrs. Aponte* and *Aponte* for respondent.